Jeffrey M. Lenkov (State Bar No. 156478)
jml@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
YARD HOUSE USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN LAYNE GEHRIS, an individual, and JOHN GEHRIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>YARD HOUSE USA, INC. and DOES 1 to 50, Inclusive,<br><br>Defendant. | Case No.<br><br>**DEFENDANT YARD HOUSE USA, INC.'S, CERTIFICATION AS TO INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned, one of the counsel of record for Defendant YARD HOUSE USA, INC., certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

CARMEN LAYNE GEHRIS (Plaintiff)

JOHN GEHRIS (Plaintiff)

YARD HOUSE USA, INC. (Defendant)

Dated: March 10, 2017        MANNING & KASS
                             ELLROD, RAMIREZ, TRESTER LLP

                             By: _Robert P. Wargo SBN175197_ /s/
                                 Jeffrey M. Lenkov, Esq.
                             Attorneys for Defendant
                             YARD HOUSE USA, INC.

---

1
CERTIFICATION AS TO INTERESTED PARTIES